# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156151-4

HOME-OWNERS INSURANCE COMPANY,
      Plaintiff/Counterdefendant-
      Appellee,

v

                                   SC: 156151-4
                                   COA: 331260; 332457; 332640;
                                   333695
                                   Marquette CC: 14-052954-CZ

DOMINIC F. ANDRIACCHI,
      Defendant/Counterplaintiff-
      Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 8, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      BERNSTEIN, J., would grant leave to appeal.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2018 _____



a0321

                                      Clerk